IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHAWN FEATHERS,<br><br>    Plaintiff,<br><br>    v.<br><br>HOUSTON, et al.,<br><br>    Defendants. | No. 2:20-CV-2208-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 3). Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The motion to proceed in forma pauperis will, therefore, be granted.

IT IS SO ORDERED.

Dated: November 23, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1