IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK SHAWN FEATHERS,**<br><br>           Plaintiff,<br><br>     v.<br><br>**HOUSTON,**<br><br>           Defendant. | 2:20-cv-02208-DAD-DMC<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR LEAVE TO DEPOSE PLAINTIFF VIA REMOTE MEANS**<br><br>[Fed. R. Civ. P. 30(b)(4)] |

   The Court received Defendant's Ex Parte Application to Depose Plaintiff, Mark Shawn Feathers, CDCR No. P16781, an inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR") at California Medical Facility ("CMF"), via remote means if they choose.  For good cause shown, the application is **GRANTED.**  Defendant may depose Plaintiff via remote means/video conference, under Federal Rules of Civil Procedure 30(b)(4) and the institution's rules and regulations, including the presence of correctional officers at the deposition where the deponent sits.

   The deposition shall be scheduled by Defendant upon reasonable notice, at least fourteen (14) days before such a deposition occurs.  Plaintiff, defense counsel, and the court reporter may all appear remotely, and in different locations from each other.  In the event the deposition is not

1  taken by remote means, counsel, the court reporter, and the deponent shall abide by all security or
2  safety precautions the institutions deem necessary to protect the deponent, the inmates, and the
3  prison staff from exposure to the coronavirus.
4      **IT IS SO ORDERED.**
5
6  Dated:  November 9, 2022

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE