IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK SHAWN FEATHERS,** | Case No. 2:20-cv-02208-DAD-DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **HOUSTON,** | |
| Defendant. | |

On March 20, 2023, Defendant filed an Ex Parte Application to Modify the Court's Discovery and Scheduling Order issued on June 22, 2022 (ECF No. 29), and sought an extension of time of forty-five (45) days, up to and including June 7, 2023, to file a motion for summary judgment.  Good cause having been presented based on counsel's declaration indicating the need for additional time take an expert witness deposition, **IT IS HEREBY ORDERED** as follows:

1. Defendant's motion to modify the Discovery and Scheduling Order (ECF No. 37) is **GRANTED**;

2. The April 23, 2023 deadline for filing dispositive motions is **VACATED**; and

/ / /

/ / /

/ / /

3. The deadline to file dispositive motions is extended by forty-five (45) days, up to and including June 7, 2023.

**IT IS SO ORDERED**.

Dated:  March 22, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE